UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOSE DE JESUS OVIEDO HERNANDEZ, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-176 |
| ROBERT DERING CONSTRUCTION, LLC, | § § § § § | |
| Defendant. | § | |

## **ORDER**

Pending before the Court is Plaintiffs' Motion for Rhonda H. Wills to Participate Telephonically at Discovery Hearing (Dkt. 44). Having considered the Motion, the Court is of the opinion that Plaintiffs' Motion should be respectfully **DENIED**.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 11th day of October, 2016.

_____
George C. Hanks Jr.
United States District Judge