United States District Court
Southern District of Texas
**ENTERED**
July 10, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JOSE DE JESUS OVIEDO HERNANDEZ, § <br> DONACIANO NIETO, LORENZO VEGA, § <br> JAVIER SANTILLAN, and JOSE LEONEL § <br> HENRIQUES, Individually and on behalf of § <br> all others similarly situated, § <br>     Plaintiffs § <br> § <br> v. § <br> § <br> ROBERT DERING CONSTRUCTION § <br> COMPANY, LLC, § <br>     Defendant § | CIVIL ACTION NO. 3:15-cv-00176 <br> (JURY) <br><br><br> COLLECTIVE ACTION |

## AGREED FINAL JUDGMENT

On this day, the Court considered Jose de Jesus Oviedo Hernandez, Donaciano Nieto, Lorenzo Vega, Javier Santillan and Jose Leonel ("Plaintiffs") and Robert Dering Construction Company, LLC's ("Defendant") Motion for Entry of Agreed Judgment in the above titled and numbered case.

After considering the Motion and the agreement of counsel, the Court hereby finds that the Motion should be granted and final judgment entered against Defendant.

IT IS FURTHER ORDERED that a final judgment is hereby granted in favor of Plaintiffs and against Defendant in the following amounts:

1. Actual damages for Plaintiff Jose de Jesus Oviedo Hernandez's claims against Defendant in the amount of twenty six thousand, eight hundred ninety dollars and eighty five cents ($26,890.85) and liquidated damages in the amount of twenty six thousand, eight hundred ninety dollars and eighty five cents ($26,890.85);

2. Actual damages for Plaintiff Donaciano Nieto's claims against Defendant in the amount of twenty nine thousand, three hundred forty nine dollars and

fifty four cents ($29,349.54) and liquidated damages in the amount of twenty nine thousand, three hundred forty nine dollars and fifty four cents ($29,349.54);

3. Actual damages for Plaintiff Lorenzo Vega's claims against Defendant in the amount of two thousand, seven hundred eight dollars and ninety six cents ($2,708.96) and liquidated damages in the amount of two thousand, seven hundred eight dollars and ninety six cents ($2,708.96);

4. Actual damages for Javier Santillan's claims against Defendant in the amount of thirteen thousand, eight hundred twenty six dollars and fifty six cents ($13,826.56) and liquidated damages in the amount of thirteen thousand, eight hundred twenty six dollars and fifty six cents ($13,826.56);

5. Actual damages for Jose Leonel Hernandez Henriques's claims against Defendant in the amount of nineteen thousand, four hundred sixty eight dollars and thirty four cents ($19,468.34) and liquidated damages in the amount of nineteen thousand, four hundred sixty eight dollars and thirty four cents ($19,468.34); and

6. Attorneys fees for all Plaintiffs in the amount of seventy three thousand, seven hundred ninety five dollars and forty cents ($73,795.40) and case expenses of two thousand dollars ($2,000.00).

The Court denies all relief not granted in this Agreed Final Judgment, and all causes of action which were brought or could have been brought by the parties against the parties are dismissed with prejudice.

SIGNED the 10th day of July, 2017.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

Submitted By:

**WILLS LAW FIRM, PLLC**

By: /S/ *Rhonda Wills* w/p JCA
    Rhonda H. Wills
    State Bar No. 00791943
    S.D. Id. No. 20699
    1776 Yorktown, Suite 570
    Houston, Texas 77056
    Telephone: (713) 528-4455
    Facsimile: (713) 528-2047

ATTORNEY FOR PLAINTIFFS

**The Andresen Firm, PLLC**

By: /S/ *Jonathan C. Andresen*
    Jonathan C. Andresen
    Tex. Bar No. 24045411
    Fed. Bar No. 725985
    JP Morgan Chase Building
    712 Main Street, Suite 1625
    Houston, Texas 77002
    (713) 335-0155 telephone
    (713) 335-0156 facsimile
    jandresen@andresenfirm.com
ATTORNEYS FOR DEFENDANT